IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YANCEY E.S. BAILEY | : | |
| Plaintiff | : | |
| v | : | Civil Action No. CCB-07-739 |
| CRYSTAL GREENE,<br>LT. ASPEN,<br>OFFICER WHITESIDE,<br>and CAPTAIN RIDENOUR | :<br><br>:<br><br>: | |
| Defendants | | |

o0o

## MEMORANDUM

The above-captioned civil rights complaint was filed on March 21, 2007, together with a motion to proceed in forma pauperis. Plaintiff alleges that he assaulted Officer Crystal Greene and, in retaliation for that assault, the remaining defendants assaulted him, requiring him to receive five stitches. Paper No. 1. There is no allegation that Officer Greene assaulted or otherwise participated in the alleged assault on plaintiff. The claim against her is therefore frivolous and shall be dismissed.

Plaintiff has failed to either pay the $350 filing fee or file a motion to proceed in forma pauperis. Before the case is permitted to go forward, as to the remaining defendants, plaintiff must either pay the full filing fee or file a motion to proceed in forma pauperis. He will be granted 20 days in which to do so.

A separate order follows.


__March 30, 2007__                       /s/
Date                                        Catherine C. Blake
                                               United States District Judge